UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN DEMOS, JR.,

        Petitioner,

   v.

WASHINGTON STATE PATROL BOARD, et al.,

        Respondents.

CASE NO. C20-1003-TSZ

ORDER DISMISSING CASE

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, docket no. 2, petitioner's objections, docket no. 3, and the remaining record, does hereby find and Order:

(1) The Court ADOPTS the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED without prejudice;

(3) The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as moot. *See Demos v. Stanley*, MC97-31-JLW (W.D. Wash. Mar. 13, 1997);

(4) Pursuant to 28 U.S.C. § 2244(b)(3)(A), Petitioner may not proceed with a second or successive habeas petition here unless and until the Ninth Circuit authorizes its filing; and

(5) The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

DATED this 25th day of August, 2020.

*[signature]*

Thomas S. Zilly
United States District Judge

ORDER DISMISSING CASE
PAGE - 1